No. 05–5371. ALCALA-CHAVEZ v. UNITED STATES; AMADOR-RAMIREZ v. UNITED STATES; GARCIA-PEREZ v. UNITED STATES; JIMENEZ-CRUZ v. UNITED STATES; LONGORIA-AYALA v. UNITED STATES; MUNOZ-DE LA CRUZ v. UNITED STATES; OSORIO-ALBA v. UNITED STATES; SANCHEZ-SANCHEZ v. UNITED STATES; and

VILLANUEVA-VASQUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.